Request for Jurisdiction Transfer                July 15, 2024
Name of Offender: Marquise Trivon Dedmon         2:07-CR-00725-ODW-1
                                                 2:07-CR-00404-ODW-1

| PROB 22 (Rev. 01/24) ☒PROB 22 ☐PROB 22  DOCKET NUMBER (Tran. Court) | DOCKET NUMBER *(Tran. Court)* <br> 2:07-CR-00725-ODW-1 <br> 2:07-CR-00404-ODW-1 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 2:24-cr-00156-JCM-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> Central of California | DIVISION <br> Western |
|---|---|---|
| Mr. Marquise Trivon Dedmon <br> 5370 East Craig Road <br> Apartment 2420 <br> Las Vegas, NV  89115 | NAME OF SENTENCING JUDGE <br> Otis D. Wright II | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM <br> May 23, 2024 | TO <br> May 22, 2029 |

| OFFENSE |
|---|
| Docket No. 07-CR-00404 – Conspiracy (Count 1), Armed Bank Robbery (Count 2 & 4), Use or Carrying of Firearm During Crime of Violence (Count 5); Docket No. 07-CR-00725 – Use or Carrying of Firearm During Crime of Violence (Count 2). |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| Mr. Dedmon's family ties and support system live in the D/NV and there is no intentions for him to return to the Central District of California. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     CENTRAL     DISTRICT OF     CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 17, 2024                                     *[signed]*
_____                               _____
Date                                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF     Nevada

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 19, 2024                                     *[signed] James C. Mahan*
_____                               _____
Effective Date                                 United States District Judge